§4.     Opinions

A.      Circulation Schedule;  Voting;  Hold;  Reassignment.

1.      Preparation of Opinions.

    * * *

b.      Concurrences and Dissents.  Justices who are aligned as to the result should collaborate as much as possible to achieve a unified position in responsive opinions.  Concurrences and dissents shall be circulated to all members of the Court within forty (40) days of the date **of the first scheduled vote [on which votes]** on the proposed majority opinion**[s were due]** in single-issue cases and serial capital PCRA appeals, within sixty (60) days in multiple-issue cases, within seventy-five (75) days in capital direct appeals, and within ninety (90) days in first capital PCRA cases.  Matters may also be held for additional review by a Justice during these time periods. In Children's Fast Track appeals, concurrences and dissents shall be circulated to all members of the Court within twenty (20) days of the date **of the first scheduled vote [on which votes]** on the proposed majority opinion **[were due]**.

**Due dates for responsive opinions are calculated from the date of the first scheduled vote on the *original* proposed majority opinion, regardless of whether the case is moved to a subsequent vote list by the circulation of a responsive opinion.  Generally, the first scheduled vote date will remain the threshold date in the calculation, unless the proposed majority opinion is withdrawn or the substantive analysis and/or resolution is substantially altered via a revised opinion.  In such instances, the time period is calculated from the date of the first scheduled vote on the revised majority opinion.  A majority author's mere defense of an already-existing analysis through revisions in the nature of rejoinder does not alter the time period for response.**

    * * *